| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Bernard Joseph Waguespack Sr.** | Social Security number or ITIN | xxx–xx–5291 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Muriel Francis Waguespack** | Social Security number or ITIN | xxx–xx–0436 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Louisiana | Date case filed for chapter 7 | 12/30/19 |
| Case number: | 19–13449 Section B Office Code: 2 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bernard Joseph Waguespack Sr. | Muriel Francis Waguespack |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 111 Apple Ct<br>Luling, LA 70070 | 111 Apple Ct<br>Luling, LA 70070 |
| 4. | **Debtor's attorney**<br>Name and address | William G. Cherbonnier Jr.<br>The Caluda Group, LLC<br>516 Veterans Blvd<br>Suite 202<br>Metairie, LA 70005 | Contact phone 504–309–3304<br><br>Email: wgc@billcherbonnier.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David V. Adler<br>Post Office Box 55129<br>Metairie, LA 70055 | Contact phone (504) 834–5465<br><br>Email: adler_d@bellsouth.net ––> |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Bernard Joseph Waguespack Sr.** and **Muriel Francis Waguespack**              Case number **19–13449**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 12/30/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 30, 2020 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property. | Location:<br><br>**F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130** |

Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.

**NOTICE:** FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST.

| | | | |
|---|---|---|---|
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/30/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**

United States Bankruptcy Court
Eastern District of Louisiana

```
In re:                                                          Case No. 19-13449-JAB
Bernard Joseph Waguespack, Sr.                                  Chapter 7
Muriel Francis Waguespack
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 053L-2          User: admin            Page 1 of 1           Date Rcvd: Dec 31, 2019
                              Form ID: 309A          Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2020.
db/db          +Bernard Joseph Waguespack, Sr.,   Muriel Francis Waguespack,   111 Apple Ct,
                 Luling, LA 70070-6101
tr             +David V. Adler,   Post Office Box 55129,   Metairie, LA 70055-5129
smg            +Collector of Revenue,   City of New Orleans,   Department of Finance,
                 1300 Perdido Street, RM 1W15,   New Orleans, LA 70112-2128
smg             Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,   P. O. Box 66658,
                 Baton Rouge, LA 70896-6658
smg             U. S. Attorney's Office,   Eastern District of Louisiana,   650 Poydras Street,   Suite 1600,
                 New Orleans, LA 70130-7212
3787213        +Freedom Mortgage,   P.O. Box 8068,   Virginia Beach VA 23450-8068
3787216        +Mr. Cooper,   PO Box 650783,   Dallas TX 75265-0783
3787217         Tax Assessor/Collector - Amite County,   243 West Main Street,   Liberty MS 39645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: wgc@billcherbonnier.com Dec 31 2019 19:28:50     William G. Cherbonnier, Jr.,
                 The Caluda Group, LLC,   516 Veterans Blvd,   Suite 202,   Metairie, LA  70005
smg            +E-mail/Text: bankruptcy_bpc@lwc.la.gov Dec 31 2019 19:28:59     Louisiana Workforce Commission,
                 UI Tax Liability and Adjudications,   Attn: Bankruptcy Unit,   1001 N. 23rd Street,
                 Baton Rouge, LA 70802-3338
ust            +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Dec 31 2019 19:28:57    Office of the U.S. Trustee,
                 400 Poydras Street,   Suite 2110,   New Orleans, LA 70130-3238
3787209        +EDI: GMACFS.COM Jan 01 2020 00:28:00      Ally Financial,   PO Box 380902,
                 Minneapolis MN 55438-0902
3787210        +E-mail/Text: bk@avant.com Dec 31 2019 19:29:10     Avant, LLC,   222 N Lasalle St,  Ste 1700,
                 Chicago IL 60601-1101
3787211        +EDI: CAPITALONE.COM Jan 01 2020 00:28:00      Capital One,   P.O. Box 30281,
                 Salt Lake City UT 84130-0281
3787212        +EDI: DISCOVER.COM Jan 01 2020 00:28:00      Discover,   PO Box 71084,   Charlotte NC 28272-1084
3787214         EDI: HY11.COM Jan 01 2020 00:28:00      Hyundai Motor Finance,   PO Box 650805,
                 Dallas TX 75265-0805
3787215        +EDI: IRS.COM Jan 01 2020 00:28:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia PA 19101-7346
3787218         EDI: TFSR.COM Jan 01 2020 00:28:00      Toyota Financial Services,   PO Box 9490,
                 Cedar Rapids IA 52409-9490
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```